ACCEPTED
15-25-00048-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 4:29 PM
CHRISTOPHER A. PRINE
CLERK

**CAUSE NO. 15-25-00048-CV**

**IN THE COURT OF APPEALS**
**FIFTEENTH DISTRICT OF TEXAS AT AUSTIN**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/9/2025 4:29:35 PM
CHRISTOPHER A. PRINE
Clerk

**SEED TO HARVEST REAL ESTATE, LLC, Appellants**

**v.**

**CAROLYN TURNER, Appellee**

---

*On Appeal from the 44th District Court, Dallas County, Texas Cause No. DC-22-05065*

---

**OBJECTION TO APPELLEE'S MOTION TO DISMISS APPEAL**
**FOR LACK OF JURISDICTION**

---

Respectfully submitted
Gaylene Rogers Lonergan
SBN: 17166500
**LONERGAN LAW FIRM, PLLC**

**12801 N. Central Expressway, Suite 150**
**Dallas, TX 75243**
**214 503-7509**
**214 503-8752 Facsimile**
**grogers@lonerganlaw.com**
**Attorney for Seed to Harvest Real Estate, LLC**

COMES NOW, Appellant, Seed to Harvest R/E, LLC, Plaintiff in the above-referenced case and files this objection to Appellee, Carolyn Turner's Motion to Dismiss Appeal for Lack of Jurisdiction and that Texas Rules of Appellate Procedure ("TRAP") :provides for Appellant's proper appeal being filed on March 6, 2025, as done by Appellant. In support thereof will respectfully show unto the court the following:

## PROCEDURAL HISTORY

1. On November 20, 2024, the Honorable Judge of the trial court signed the Final Judgment in this matter.

2. On December 18, 2024, the Plaintiff/Appellant timely filed a Motion for New Trial.

3. The Honorable Judge of the trial court did not rule on Plaintiff/Appellant's Motion for New Trial and accordingly it was overruled by operation of law on February 3, 2025.

4. Pursuant to TRAP 26.1(a), Appellant had thirty (30) days following the date the Motion for New Trial was overruled by operation of law, which was March 6, 2025.

5. Appellant filed its appeal within the rules of TRAP 26.1(a) on March 6, 2025

6. This court therefore is not deprived of jurisdiction over this matter.

## ARGUMENT AND AUTHORITES

1. Plaintiff/Appellant's March 6, 2025 filing of the Notice of Appeal was time made within the parameters prescribed by TRAP 26.1.

2. Since the appeal was filed by Plaintiff/Appellant within the thirty (30) days as required the appellate court has jurisdiction over this matter.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully objects to Appellee's Motion to Dismiss and requests that this Court deny its Motion. Appellant also prays for any further relief to which it may be entitled.

Gaylene Rogers Lonergan

**LONERGAN LAW FIRM, PLLC**
**12801 N. Central Expressway, Suite 150**
**Dallas, TX 75243**
**214 503-7509**
**214 503-8752 Facsimile**
**grogers@loneranlaw.com**

## CERTIFICATE OF SERVICE

This is to certify that on May 9, 2025, a true and correct copy of this document was served on Appellee's counsel pursuant to the Tex. R. App. P. 9.5.

**Via ESERVE**
Norcross Law
9288 Wichita Trail
Frisco, TX 75033
Chad.norcross@norcrosslaw.com

Gaylene Rogers Lonergan

**LONERGAN LAW FIRM, PLLC**
**12801 N. Central Expressway, Suite 150**
**Dallas, TX 75243**
**214 503-7509**
**214 503-8752 Facsimile**
**grogers@lonerganlaw.com**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Gaylene Lonergan on behalf of Gaylene Lonergan
Bar No. 17166500
grogers@lonerganlaw.com
Envelope ID: 100671902
Filing Code Description: Response
Filing Description: Objection to Motion to Dismiss
Status as of 5/9/2025 4:38 PM CST

Associated Case Party: Carolyn Turner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chad A.Norcross | | chad.norcross@norcrosslaw.com | 5/9/2025 4:29:35 PM | SENT |
| Jessica E.Mayfield | | jessica.mayfield@norcrosslaw.com | 5/9/2025 4:29:35 PM | SENT |
| Alicia Fernandez | | alicia.fernandez@norcrosslaw.com | 5/9/2025 4:29:35 PM | SENT |

Associated Case Party: Seed to Harvest Real Estate, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Gaylene RogersLonergan | | grogers@lonerganlaw.com | 5/9/2025 4:29:35 PM | SENT |